UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Angel Lemus Lopez, | Case No. 2:26-cv-01298-CDS-EJY |
| Petitioner | **Order Granting the Petitioner's Emergency Motion Requesting a Status Report** |
| v. | |
| Todd Blanche, et al., | [ECF No. 6] |
| Respondents | |

On May 12, 2026, counsel for petitioner Angel Lemus Lopez filed an emergency motion seeking an order from the court requiring the respondents to file a status report regarding the whereabouts of the petitioner and to preserve its jurisdiction. Mot., ECF No. 7. Having reviewed the motion, and finding good cause therein, the motion **[ECF No. 6] is granted**. The respondents are ordered to produce the following documents to the petitioner's counsel by May 22, 2026:

1. Petitioner's I-213 (Record of Deportable or Inadmissible Alien);

2. A copy of any prior orders of supervision for petitioner;

3. A copy of any revocation of an order(s) of supervision for petitioner;

4. A copy of the petitioner's notice of intent to remove petitioner to Mexico;

5. A copy of the petitioner's reasonable fear interview;

6. Any other records related to a process for screening the petitioner for fear of removal to Mexico; and

7. Petitioner's I-205 (Warrant of Removal or Deportation).

The respondents must file a notice of compliance upon producing these documents to petitioner's counsel.

Dated: May 12, 2026

_____
Cristina D. Silva
United States District Judge