**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Angel Lemus Lopez, | Case No. 2:26-cv-01298-CDS-EJY |
| Petitioner | **Order Setting Expedited Briefing on Petitioner's Motion for Temporary Restraining Order** |
| v. | |
| Todd Blanche, et al., | [ECF No. 16] |
| Respondents | |

On June 9, 2026, counsel for petitioner Angel Lemus Lopez filed an emergency motion for a temporary restraining order. ECF No. 16. Therein, counsel asserts that Lemus Lopez was unlawfully removed to a third country, Mexico, and seeks an order requiring the respondents to expeditiously return him to the United States. *Id.* Upon review of the petitioner's motion, I find that an emergency designation is warranted and order expedited briefing. *See* LR 7-4(c) (explaining that the court has the sole discretion to determine whether an "emergency" motion is, in fact, an emergency). Accordingly, the respondents are ordered to file a response to the emergency motion by June 15, 2026. No extensions will be permitted.

Dated: June 9, 2026

_____
Cristina D. Silva
United States District Judge