UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angel Lemus Lopez,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01298-CDS-EJY

**Order Setting Evidentiary Hearing on Petitioner's Unlawful Deportation**

Petitioner Angel Lemus Lopez, a citizen of Cuba, was unlawfully deported to Mexico on May 11, 2026. *See* Order, ECF No. 22. To restore (as nearly as practicable) the petitioner to the position he would have occupied absent the respondents' unauthorized action, I ordered the respondents to facilitate the petitioner's return to the United States within two weeks. *Id.* at 7. I further ordered the respondents to file a declaration setting forth the affirmative steps taken to facilitate the petitioner's return to the United States and any setbacks during that process by July 13, 2026. *Id.* at 8.

One day after that deadline passed, the respondents filed the required status report and a declaration signed by Supervisory Detention and Deportation Officer Tyler Adams. *See* Status report, ECF No. 25; Adams decl., ECF No. 25-1. Therein, Adams indicates that the government cannot locate the petitioner, and the petitioner did not contest his removal to Mexico. ECF No. 25 at 1.

IT IS THEREFORE ORDERED that the parties must appear for an evidentiary hearing. Officer Tyler Adams is ordered to appear at the evidentiary hearing on August 12, 2026, at 11:00 a.m. in LV Courtroom 6B. At the hearing, Officer Tyler Adams, and any other government employee with direct knowledge of the circumstances regarding Lemus Lopez's removal and purported "non-objection" thereto, is ordered to appear and testify under oath as to his assertion

that the petitioner did not contest the third-country removal despite his pending petition for writ of habeas corpus with this court. All witnesses must also be prepared to testify regarding all efforts to locate the petitioner to facilitate his return.

Dated: July 23, 2026

Cristina D. Silva
United States District Judge