UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angel Lemus Lopez,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01298-CDS-EJY

**Order Directing Federal Respondents to Produce Documents**

On August 12, 2026, the court held a hearing on the pending motion for an order to show cause. *See* Mot. show cause, ECF No. 28. At the hearing's conclusion, I stated that I would defer ruling on the motion and give the federal respondents an additional two weeks to comply with the court's June 29, 2026 order (ECF No. 22). I explained that compliance with that order requires the federal respondents to file a declaration or affidavit setting forth the *affirmative* steps taken to facilitate the petitioner's return to the United States and any setbacks during that process. I also ordered the federal respondents to provide the following: (1) an updated copy of Mr. Lemus Lopez's A-file to his counsel; (2) an English and Spanish copy of the handbook provided to detainees housed at the Southern Nevada Detention Center in April 2026; (3) pictures of all information in English and Spanish that was posted for review at the Southern Nevada Detention Center in April 2026—or, if no photos are available, a declaration addressing what was posted and available for detainees to review as of April 2026; and (4) all internal notes related to Mr. Lemus Lopez's removal between February 2026 and August 12, 2026, with redactions as necessary to comply with the work-product doctrine.

It is ordered that the federal respondents have until August 26, 2026, to file the aforementioned information and documents with the court. No extensions will be granted, but I may allow additional status reports to be filed if sufficient evidence showing the respondents'

attempt to comply with the June 29th order is submitted. Upon reviewing the documentation filed by August 26th, I will determine whether the hearing should continue or whether to decide the pending motion for an order to show cause on the papers. This order serves as notice to the parties that all evidence from the August 12th hearing and any briefing, including any supplemental briefing, will be considered in the court's ruling on the motion for an order to show cause.

Dated: August 14, 2026

_______________________________
Cristina D. Silva
United States District Judge